## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.  1:15-cv-00129-RPM**

HEDY ANSELMAN,

        Plaintiff,

v.

HEALTHONE OF DENVER, INC. and
HCA-HEALTHONE LLC d/b/a SWEDISH MEDICAL CENTER

        Defendants.

---

## ORDER GRANTING THE UNOPPOSED MOTION FOR LEAVE TO AMEND THE CASE CAPTION

---

THE COURT, having reviewed and considered the Unopposed Motion for Leave to Amend the Case Caption (the "Motion"), hereby GRANTS the Motion.

IT IS ORDERED that, the Clerk of the Court is directed to amend the caption of this case as set forth in Exhibit A of the Motion, and which is set forth above.

DATED this 25th day of March, 2015.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge