IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00129-RPM

HEDY ANSELMAN,

    Plaintiff,

v.

HEALTHONE OF DENVER, INC. and
HCA-HEALTHONE LLC d/b/a SWEDISH MEDICAL CENTER

    Defendants.

_____

ORDER GRANTING UNOPPOSED MOTION FOR AN ORDER TO ALLOW DEFENDANTS TO COMPLETE FED. R. CIV. P. 26(a)(1) DISCLOSURES AFTER CLOSE OF DISCOVERY
_____

THE COURT, having reviewed and considered the Unopposed Motion for an Order to Allow Defendants to Complete Fed. R. Civ. P 26(a)(1) Disclosures After Close of Discovery (the "Motion"), filed October 8, 2015 by Defendants HealthONE of Denver, Inc. and HCA-HealthONE, LLC d/b/a/ Swedish Medical Center (the "Defendants"), and the case file in this action, hereby GRANTS the Motion. It is therefore

ORDERED that Defendants are granted leave to disclose the medical records of Plaintiff, pursuant to Fed. R. Civ. P. 26(a)(1), up to and including November 2, 2015.

DATED this 8th day of October, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge