IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00129-RPM

HEDY ANSELMAN,

    Plaintiff,

v.

HEALTHONE OF DENVER, INC., and
HCA-HELTHONE LLC d/b/a SWEDISH MEDICAL CENTER,

    Defendants.

_____

ORDER GRANTING MOTION TO REPLACE EXHIBIT Z
_____

    Upon review of plaintiff's unopposed motion to replace Exhibit Z attached to her response to the motion for summary judgment with Exhibit ZZ and to strike or suppress Exhibit Z [Doc. 26], it is

    ORDERED that the motion is granted and Exhibit Z is stricken.

    Dated:   December 28th, 2015

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge