IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00129-RPM

HEDY ANSELMAN,

    Plaintiff,

v.

HEALTHONE OF DENVER, INC., and
HCA-HELTHONE LLC d/b/a SWEDISH MEDICAL CENTER,

    Defendants.

_____

# FINAL JUDGMENT
_____

    Pursuant to the Order Granting Defendants' Motion for Summary Judgment entered by Senior District Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that this civil action is dismissed.  Defendants are awarded costs upon the filing of a bill of costs within 14 days.

    Dated:  February 11th, 2016

                  FOR THE COURT:

                  JEFFREY P. COLWELL, Clerk

                      s/M. V. Wentz
                By_____
                      Deputy